IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13 BANKRUPTCY
:
MICHAEL A. WAGNER :
: NO. 19-12517-JKF

*ENTRY OF APPEARANCE*
*AND REQUEST FOR NOTICES*

*TO THE CLERK OF COURT:*

    Kindly enter my appearance as Attorney for Tompkins VIST Bank, a secured creditor of the Debtor identified above, and designate the following address for service of all notices, pleadings, correspondence and other papers filed in this action:

Joseph L. Haines, Esquire
38 North Sixth Street
P.O. Box 8536
Reading, PA 19603-8536
Telephone No. (610) 378-8699
Fax No. (610) 372-3772

Dated:  June 17, 2019                  By: Joseph L. Haines, Esq.
                                                  The Law Offices of Joseph L. Haines, LLC